UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVID J. NELSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  2:11-cv-238-JMS-WGH |
| | ) |
| JOHN OLIVER, Warden, | ) |
| | ) |
| Respondent. | ) |

**Entry and Notice**

    This is an action in which David Nelson seeks a writ of habeas corpus to secure the release of David Neal from federal custody in this District. Neal is serving the executed portion of the 327-month sentence imposed by the United States District Court for the Northern District of Texas following his convictions for violating 18 U.S.C. ' 1343 and 18 U.S.C. ' 2. *See United States v. Neal,* 294 Fed. Appx. 96 (5th Cir. 2008) (unpublished). His custody has recently been challenged through a different action for habeas corpus relief.

    The other habeas action to which reference has just been made was docketed as No. 1:11-cv-415-TWP-TAB and was closed through the entry of judgment on the clerk's docket on July 21, 2011. A copy of the Entry and Judgment docketed on July 21, 2011, in No. 1:11-cv-415-TWP-TAB shall be included with Mr. Neal's copy of this Entry and Notice. Mr. Neal shall have **through November 1, 2011,** in which to **show cause** why the disposition in No. 1:11-cv-415-TWP-TAB should not control the disposition of the present case.

    **IT IS SO ORDERED.**

Date: 10/17/2011

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Robert David Neal
No. 15151-180
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

David J. Nelson
15151-180
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808