UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DAVID J. NELSON, )
)
          Petitioner, )
)
vs. ) 2:11-cv-238-JMS-WGH
)
JOHN OLIVER, Warden, )
)
          Respondent. )

**Entry and Notice**

       This is an action in which David Nelson seeks a writ of habeas corpus to secure the release of David Neal from federal custody in this District. Neal is serving the executed portion of the 327-month sentence imposed by the United States District Court for the Northern District of Texas following his convictions for violating 18 U.S.C. ' 1343 and 18 U.S.C. ' 2. *See United States v. Neal,* 294 Fed. Appx. 96 (5th Cir. 2008) (unpublished). His custody has recently been challenged through a different action for habeas corpus relief.

       The other habeas action to which reference has just been made was docketed as No. 1:11-cv-415-TWP-TAB and was closed through the entry of judgment on the clerk's docket on July 21, 2011. A copy of the Entry and Judgment docketed on July 21, 2011, in No. 1:11-cv-415-TWP-TAB shall be included with Mr. Neal's copy of this Entry and Notice. Mr. Neal shall have **through November 1, 2011,** in which to **show cause** why the disposition in No. 1:11-cv-415-TWP-TAB should not control the disposition of the present case.

       **IT IS SO ORDERED.**

Date: 10/17/2011

                                                        Hon. Jane Magnus-Stinson, Judge
                                                      United States District Court
                                                      Southern District of Indiana

Distribution:

Robert David Neal
No. 15151-180
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

David J. Nelson
15151-180
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808